# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERICK J. JORDAN

NO. 2020 KW 0319

MAY 26, 2020

---

In Re:    Derick J. Jordan, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 531,730.

---

BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court's ruling denying relator's application for postconviction relief is vacated in part for the sole purpose of remanding the application to the district court for a hearing on relator's claim regarding his conviction by a non-unanimous jury verdict, in light of **Ramos v. Louisiana,** ___ U.S. ___, ___ S.Ct. ___, ___ L.Ed.2d ___ (2020), 2020 WL 1906545. In all other respects, the writ application is denied.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT